IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CV-7-KS

| | |
|---|---|
| BETTY FAYE BALDWIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) ORDER GRANTING DEFENDANT'S |
| v. | ) MOTION TO APPEAR BY |
| | ) VIDEO CONFERENCING |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Upon consideration of Defendant's consented to Motion to Appear by Video Conferencing for the hearing scheduled on November 18, 2015, at 10:00am, it is hereby ORDERED that Defendant's motion is GRANTED.

SO ORDERED this 9th day of November, 2015.

_____
Kimberly A. Swank
United States Magistrate Judge

1