IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:15-CV-00007-KS

BETTY FAYE BALDWIN,           )
                Plaintiff,    )
                              )          ORDER
vs.                           )
                              )
CAROLYN W. COLVIN,            )
Acting Commissioner of        )
Social Security,              )
                Defendant.    )
_____)

     Upon application of Plaintiff, and with no objection by Defendant, it is ORDERED that

Defendant pay to Plaintiff the sum of $4,048.00 in attorney fees and costs, in full satisfaction of

any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  If the

award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check

payable to Plaintiff's counsel, H. Clifton Hester, Hester, Grady, & Hester, P.L.L.C., Post Office

Drawer 130, Elizabethtown, NC 28337, in accordance with Plaintiff's assignment to his attorney

of her right to payment of attorney's fees under the Equal Access to Justice Act.

     SO ORDERED, this 18th day of May 2016.


_____
KIMBERLY A. SWANK
United States Magistrate Judge