UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

BETTY FAYE BALDWIN, )
        Plaintiff, )
)  **JUDGMENT**
v. )
) Case No. 7:15-CV-7-KS
)
CAROLYN W. COLVIN, )
*Acting Commissioner of Social Security,* )
        Defendant. )

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Plaintiff's Motion for Attorney Fees.

IT IS ORDERED, ADJUDGED AND DECREED the court GRANTS the Plaintiff's Motion for Attorney Fees [DE-39] and awards Plaintiff, $4,048.00 in attorney's fees under the Equal Access to Justice Act, pursuant to 28 U.S.C. § 2412(d).

This Judgment filed and entered on May 18, 2016, with *electronic service* upon:

**H. Clifton Hester**
*Counsel for Plaintiff*

**Mark Goldenberg**
**Jeannette M. Mandycz**
*Counsel for Defendant*

                                              **JULIE R. JOHNSTON**
                                              **CLERK, U.S. DISTRICT COURT**

May 18, 2016                                    /s/ *Shelia D. Foell*
                                              (By): Shelia D. Foell, Deputy Clerk