UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

BETTY FAYE BALDWIN,             )
        Plaintiff,             )   **AMENDED**
                               )   **JUDGMENT**
      v.                      )
                               )   Case No. 7:15-CV-7-KS
CAROLYN W. COLVIN,              )
*Acting Commissioner of Social Security,* )
        Defendant.            )

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Plaintiff's Motion to Amend Order for Attorney Fees.

IT IS ORDERED, ADJUDGED AND DECREED the court GRANTS the Plaintiff's Motion to Amend Order for Attorney Fees [DE-44] and awards Plaintiff, $4,048.00 in attorney's fees under the Equal Access to Justice Act. Monies shall be paid directly to the plaintiff. Following payment, counsel shall collect fees from his client.

This judgment filed and entered on July 13, 2016, with *electronic service* upon:

**H. Clifton Hester**
*Counsel for Plaintiff*

**Mark Goldenberg**
**Jeannette M. Mandycz**
**Todd Lewellen**
*Counsel for Defendant*

                                            **JULIE R. JOHNSTON**
                                            **CLERK, U.S. DISTRICT COURT**

July 13, 2016                                      /s/ *Shelia D. Foell*
                                           (By): Shelia D. Foell, Deputy Clerk